No. 716. VAIL, EXECUTRIX, *v.* COUNTY OF SOMERSET. March 11, 1940. Petition for writ of certiorari to the Supreme Court of New Jersey denied. *Mr. T. Girard Wharton* for petitioner. *Mr. Ralph E. Lum* for respondent.

No. 723. EMPLOYERS LIABILITY ASSURANCE CORP. *v.* NEWTON. March 11, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. R. M. Hughes, Jr.* and *Leon T. Seawell* for petitioner. *Messrs. William Shepherd Drewry* and *Charles B. Godwin, Jr.* for respondent.

No. 739. LOVE *v.* UNITED STATES. March 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Harold R. Love, pro se.*

No. 699. KING *v.* REALTY MORTGAGE CO. ET AL. March 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. MR. JUSTICE BLACK took no part in the consideration and decision of these applications. *Mr. Erle Pettus* for petitioner. *Mr. Douglas Arant* for respondents.

No. 731. UNITED STATES *v.* STANDARD OIL COMPANY OF CALIFORNIA. March 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. MR. JUSTICE STONE took no part in the